[No. 56966-0-I.  Division One.  March 27, 2006.]

*In the Matter of the Marriage of* RANJIT SINGH BAL, *Appellant,* and SANDEEP KAUR SAHOTA, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-3-06941-1, LeRoy McCullough, J., entered August 31, 2005. *Reversed* by unpublished per curiam opinion.

[Nos. 32316-8-II; 32323-1-II.  Division Two.  March 28, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW CORDELL CARRINGTON, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. TAEJUAN JEROME TYMAS, *Appellant.*

Appeals from a judgment of the Superior Court for Pierce County, Nos. 04-1-00026-4 and 04-1-00027-2, Stephanie A. Arend, J., entered March 28, 2006. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Armstrong, J.

[No. 32614-1-II.  Division Two.  March 28, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS G. REED, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 04-1-00011-7, F. Mark McCauley, J., entered November 29, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.